# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:10-cv-00154-WMA-RRA |
| WARDEN HETZEL, et al., | ) |
| Defendants. | ) |

## **MEMORANDUM OF OPINION**

The Magistrate Judge filed a Report and Recommendation on September 13, 2010, recommending that Defendants Hetzel, Edwards, Richberg, Wilson, and Taylor be dismissed. It was further recommended that the plaintiff's Eighth Amendment conditions of confinement claims concerning shower conditions and the temperature in his cell be dismissed. The final recommendation was that plaintiff's Eighth Amendment conditions of confinement claim against Defendant Gordy concerning denial of exercise be denied. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that the Magistrate Judge's Report is due to be and is hereby ADOPTED and the Magistrate Judge's Recommendation is ACCEPTED. An appropriate order will be entered.

DATED this 15th day of November, 2010.

                                                                                            _____
                                                                                            WILLIAM M. ACKER, JR.
                                                                                            UNITED STATES DISTRICT JUDGE