2012 Mar-01  AM 10:44
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:10-cv-00154-WMA-RRA |
| WARDEN HETZEL, et al., | ) |
| Defendants. | ) |

## **MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on February 6, 2012, recommending that Defendant Gordy's motion for summary judgment be granted and this cause be dismissed with prejudice. (Doc. 17.) No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, Defendant Gordy's motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A

Final Judgment will be entered.

DONE this the 1st day of March, 2012.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE